**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1007

STANLEY B. SARPY and LORA D. SARPY

VERSUS

CITY OF NATCHITOCHES

************

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT,
PARISH OF NATCHITOCHES, NO. 71242,
HONORABLE MONTY L. DOGGETT, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy, and
Michael G. Sullivan, Judges.

**AFFIRMED IN PART; REVERSED IN PART; AND RENDERED.**

**Edward A. Kaplan**
**Attorney at Law**
**Post Office Box 12386**
**Alexandria, Louisiana 71315**
**(318) 448-0831**
**Counsel for Plaintiffs/Appellees:**
        **Stanley B. and Lora D. Sarpy**

**Joseph B. Stamey**
**Stamey & Miller, L.L.C.**
**Post Office Drawer 1288**
**Natchitoches, Louisiana 71458**
**(318) 352-4559**
**Counsel for Defendant/Appellant:**
        **City of Natchitoches**